JOHN S. LEONARDO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
State Bar No. 028042
RUI WANG
Assistant U.S. Attorney
State Bar No. 024184
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
rui.wang@usdoj.gov
Attorneys for Plaintiff

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

2017 JAN 18 P 3: 59

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR 17 - 103  TUC  RCC (DTF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | I N D I C T M E N T |
|---|---|
| Plaintiff, | Violations: **VICTIM CASE** |
| vs. | 21 U.S.C. § 846 |
| 1. Carlos Correa, (Counts 1-5; Forfeiture Allegation) | (Conspiracy to Possess Marijuana With Intent to Distribute) Count 1 |
| 2. Ian Figueroa, (Counts 1-3, Forfeiture Allegation) | 18 U.S.C. §§ 924(c)(1)(A)(i) and 2 (Possession of a Firearm during a Drug Trafficking Crime; Aid and Abet) Count 2 |
| 3. Richard Lopez, (Counts 1) | 18 U.S.C. § 922(k) |
| 4. Dorian Roberts, (Count 1) | (Possession of a Firearm with an Obliterated Serial Number) Counts 3 & 4 |
| 5. Claudio Ultreras, (Count 1) | 18 U.S.C. § 924(c)(1)(A)(iii), 18 U.S.C. § 924(j)(1) |
| 6. Cristian Ultreras, (Count 1) | (Discharging a Firearm during a Drug Trafficking Crime resulting in the Death of Another) Count 5 |
| 7. Jose Correa, (Counts 1-4, 6, Forfeiture Allegation) | 18 U.S.C. § 115(a)(1)(B) |
| 8. Spencer Orr, (Count 1) | (Threats to a Law Enforcement Official) Count 6 |
| Defendants. | 21 U.S.C. § 853; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) Forfeiture Allegation |
| | **(Under Seal)** |

**THE GRAND JURY CHARGES:**

## COUNT ONE

From a time unknown, and continuing to on or about February 26, 2016, at or near Sierra Vista, in the District of Arizona, CARLOS CORREA, IAN FIGUEROA, RICHARD LOPEZ, DORIAN ROBERTS, CLAUDIO ULTRERAS, CRISTIAN ULTRERAS, JOSE CORREA, and SPENCER ORR, named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to the grand jury, to possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

CARLOS CORREA, IAN FIGUEROA, RICHARD LOPEZ, DORIAN ROBERTS, CLAUDIO ULTRERAS, CRISTIAN ULTRERAS, and JOSE CORREA, conspired to possess with intent to distribute more than 1000 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii).

SPENCER ORR conspired to possess with intent to distribute more than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT TWO

On or about February 12, 2016, at or near Sierra Vista, in the District of Arizona, CARLOS CORREA, IAN FIGUEROA, and JOSE CORREA, knowingly and intentionally possessed in furtherance of, or used or carried a firearm during and in relation to, a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, possession with intent to distribute marijuana, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT THREE

On or about February 12, 2016, at or near Sierra Vista, in the District of Arizona, CARLOS CORREA, JOSE CORREA, and IAN FIGUEROA, willfully and knowingly, possessed a firearm, namely a Smith and Wesson M&P 15 rifle, which had the manufacturer's serial number removed, obliterated, and altered, said firearm had, at an undetermined time, had been transported in interstate commerce; in violation of Title 18, United States Code, Section 922(k).

## COUNT FOUR

On or about February 12, 2016, at or near Sierra Vista, in the District of Arizona, CARLOS CORREA, and JOSE CORREA, willfully and knowingly, possessed a firearm, namely a Century Arms AK-47 style rifle, which had the manufacturer's serial number removed, obliterated, and altered, said firearm had, at an undetermined time, had been transported in interstate or foreign commerce; in violation of Title 18, United States Code, Section 922(k).

## COUNT FIVE

On or about February 26, 2016, at or near Sierra Vista, in the District of Arizona, CARLOS CORREA, willfully and knowingly, used and discharged a firearm, namely a Ruger model P85 pistol, caliber 9 mm Luger, bearing serial number 301-14919, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the conspiracy to possess with intent to distribute marijuana as alleged in Count One of this Indictment, which then caused the death of a person, namely, A.V., through the use of that firearm, which killing was murder as defined in 18 U.S.C. § 1111(a).

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 924(j)(1).

## COUNT SIX

On or about February 26, 2016, at or near Sierra Vista, in the District of Arizona, JOSE CORREA, willfully and knowingly, threatened to assault, kidnap, or murder a

Federal Law Enforcement official, namely, Border Patrol Agent E.B., and did so with intent to impede, intimidate, or interfere with such law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such law enforcement officer on account of the performance of official duties; in violation of Title 18, United States Code, Section 115(a)(1)(B).

**FORFEITURE ALLEGATION**

Upon conviction of one or more of the offenses alleged in Counts 1 through 5 of this Indictment, defendants, CARLOS CORREA, IAN FIGUEROA, RICHARD LOPEZ, DORIAN ROBERTS, CLAUDIO ULTRERAS, CRISTIAN ULTRERAS, JOSE CORREA, and SPENCER ORR, named herein as defendants and co-conspirators, shall forfeit to the United States:

a)    As to Count 1, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in (1) any property, real or personal constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the said violations, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations.

b)    As to Counts 2, 3, 4, and 5, co-defendants CARLOS CORREA, IAN FIGUEROA, and JOSE CORREA, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved or used in the commission of the offense, including, but not limited to: one (1) Smith and Wesson M&P 15 rifle, which had the manufacturer's serial number removed, obliterated, and altered; one (1) Century Arms AK-47 style rifle, which had the manufacturer's serial number removed, obliterated, and altered; and one (1) Ruger model P85 pistol, caliber 9 mm Luger, bearing serial number 301-14919.

If any of the forfeitable property, as a result of any act or omission of the defendants: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other

property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/S/
Assistant U.S. Attorney

Dated: January 18, 2017

REDACTED FOR
PUBLIC DISCLOSURE